UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

SPECIAL TREE REHABILITATION SYSTEM,
(Baum)

Case No.: 2:17-cv-12567
Hon.:

Plaintiff,

Gershwin A. Drain
Magistrate Judge:
Elizabeth A. Stafford

v

ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY,

Defendant.

---

MILLER & TISCHLER, P.C.
BY: MILEA M. VISLOSKY
(P69306)
Attorneys for Plaintiff
28470 W. 13 Mile Rd., Ste. 300
Farmington Hills, MI 48334-5401
(248) 945-1040  /  (248) 536-5042 fax
email:  mvislosky@msapc.net

BY:  JESSICA A. BUCK (P73559)
    ERNESTO  E.  BRIDGNANAN
(P74214)
Attorneys for Defendant Allstate
27555 Executive Dr., Ste. 270
Farmington Hills, MI 48331-3570
(248) 324-1040  /  (866) 537-7795 fax
email:  Jessica.Buck@allstate.com
    ebrii@allstate.com

---

## STIPULATION AND ORDER OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the

parties, that the above captioned matter will be dismissed without prejudice, costs,

interest or attorney fees to either party.

**IT IS FURTHER STIPULATED AND AGREED** that the statute of

limitation will be tolled from the original date of filing of the above captioned

matter, May 1, 2017, for purposes of application of the one year back rule, through

November 6, 2018.

**IT IS SO ORDERED**.

s/Gershwin A. Drain
Hon. Gershwin A. Drain

Approved as to form and content:

*/s/  Milea M. Vislosky*                    */s/  Jessica A. Buck (w/consent)*
MILEA M. VISLOSKY (P69306)         JESSICA A. BUCK (P73559)
Attorney for Plaintiff                        ERNESTO E. BRIDGNANAN
                                                        (P74214)
                                                        Attorneys for Defendant